## P. E. NOLL v. STATE.

### No. A-1979.

Appeal from County Court, Pottawatomie County;

Hal Johnson, Judge.

P. E. Noll, convicted of a violation of the prohibitory law, appeals. Proceedings abated.

Pitman & Goode, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted on an information, which charged, that he did unlawfully keep and maintain a place in which intoxicating liquors were received and kept for the purpose of sale, and his punishment fixed at confinement in the county jail for thirty days and a fine of two hundred and fifty dollars.  Judgment and sentence was entered on the 3rd day of March, 1913.  From this judgment an appeal was perfected.  Since the appeal was taken and before the opinion reversing the judgment was handed down he departed this life, as shown by the suggestion of the death of the plaintiff in error made by the Attorney General.

It is, therefore, considered and ordered that the proceedings in this prosecution be abated.

## In re JOHN GRAHAM.

### No. A-2023.

Petition of John Graham for writ of habeas corpus.  Writ denied.

Gibson & Gibson, for petitioner.

Chas. West, Atty. Gen., for the State.

PER CURIAM.  The petition is filed on behalf of John Graham, by his mother, Sarah Graham, alleging in substance that her minor son, John Graham, is restrained of his liberty at the Whitaker Orphan Home by D. A. Bennett, superintendent of said home.  That the said John Graham is not and was not a delinquent, dependent, or neglected child. On the filing of the petition a rule to show cause why the writ should not issue was ordered.  The respondent answered in substance, stating that upon a complaint charging that John Graham was a neglected and dependent child, and that his mother, Sarah Graham, was an unfit person to care for him, S. I. McElhoes, judge of the juvenile court of Comanche county, ordered and adjudged that the said John Graham be committed to the State Orphan Home at Prior Creek, as a dependent child.  The court being fully advised, denied the writ.